IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

_____

Date:              August 29, 2014
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki

_____

Civil Action No. 14-cv-01237-RPM

| | |
|---|---|
| UET RR, LLC, | Bruce A. Featherstone |
|     Plaintiff, | |
| v. | |
| BENJAMIN D. COMIS, | No appearance |
| TALANDA SYKES, | "Default 7/2/2014 [20]" |
| K3B PARTNERS, ULC, | John F. Reha |
| BARRY W. COMIS, | |
| FALCON CREEK ASSET MANAGEMENT, INC. | |
| RKB INVESTMENTS, LTD., | |
|     Defendants. | |

_____

## COURTROOM MINUTES
_____

**Hearing on Motion for Leave to Take Discovery**

**9:28 a.m.**     **Court in session.**

Court's preliminary remarks and states its summary of the status of the record.

Statements by Mr. Featherstone regarding facts that support the basis of the complaint .

Mr. Featherstone states that plaintiff has effected service in Canada on defendant Benjamin Comis.
Mr. Reha states he represents all defendants other than Sykes and Benjamin Comis.

Mr. Featherstone states plaintiff would like to serve document requests (Rule 34 on K3B and Falcon Creek) and take depositions of K3B by Rule 30(b)(6), Ben Comis and Mr. Sykes.
Argument by Mr. Featherstone [22].

Argument by Mr. Reha.
Defendants object to discovery based on insufficiency of allegations for basis of personal jurisdiction.
**Defendants' objection is overruled.**

**ORDERED:** Unopposed Motion for Leave to Take Discovery to Respond to Motion to Dismiss for Lack of Personal Jurisdiction [22], is granted. Scope of discovery is for the purpose of establishing personal jurisdiction.

Counsel agree to confer and then to file a stipulation regarding time for filing responses to motions to dismiss.

**10:11 a.m.**    **Court in recess.**   Hearing concluded. Total time: 43 min.