IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,

    Plaintiff,

v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,

    Defendants.

_____

ORDER EXTENDING DEADLINES.
_____

Pursuant to the Joint Motion to Amend Stipulation and Order Regarding Defendants' Jurisdictional Motions and Discovery Thereon [Doc. 36] filed today, it is

ORDERED that the motion is granted and the following deadlines are extended:

    a.    The deadline for jurisdictional discovery is extended to December 31, 2014 (Para. #4);

    b.    The deadline for plaintiff's response to defendants' jurisdictional motions is extended to January 30, 2015 (Para. #5); and,

    c.    The deadline for defendants' replies is extended to February 13, 2015 (Para. #5).

DATED: November 4th, 2014

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior Judge