# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                February 3, 2015
Courtroom Deputy:  Bernique Abiakam
FTR Technician:    Kathy Terasaki

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,                                                    Bruce A. Featherstone

     Plaintiff,
v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,                                           John F. Reha

     Defendants.

## COURTROOM MINUTES

**Status Conference**

**10:29 a.m.    Court in session.**

Court calls case. Appearances of Counsel. Additionally, Elizabeth Bryans, also present, will enter her appearance for the Plaintiff, and Dave Caras, also present, will enter his appearance for the Defendants.

Court's preliminary remarks.

Discussion regarding the status of the case.

10:31 a.m.    Colloquy by the Court and Mr. Featherstone.

Comments by the Court and discussion regarding Doc. No. 57.

10:52 a.m.    Colloquy by the Court and Mr. Reha.

**ORDERED:   Plaintiff's Combined Motion and Memorandum For Leave To File Amended Complaint (Filed 2/3/15; Doc. No 57) is GRANTED. Existing Defendants shall respond by February 24, 2015.**

Further discussion regarding status of the case.

*14-cv-01237-RPM*
*Status Conference*
*February 3, 2015*

Discussion regarding additional defendants and filing answer.

**The Court states that if Mr. Reha becomes counsel for the additional Defendants, it will consider a stipulation to respond to the amended complaint as to all of the Defendants he represents.**

**11:06 a.m.**     **Court in recess.**     Hearing concluded.  Total time: 37 minutes.