IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,

  Plaintiff,

v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,

  Defendants.

_____

ORDER DIRECTING K3B PARTNERS, ULC TO RESPOND TO AMENDED COMPLAINT
_____

  Defendant K3B Partners, ULC, appeared in this civil action on June 23, 2014, by filing with Falcon Creek Asset Management Inc., a motion to dismiss pursuant to F.R.C.P. 12(b)(2). [Doc. 16].  Further proceedings against K3B Partners, ULC, have been stayed because of a bankruptcy proceeding in Canada.  This Court granted the filing of the plaintiff's amended complaint on February 3, 2015.  On February 6, 2015, the plaintiff filed a status report regarding bankruptcy of K3B Partners, ULC, and a motion for an order directing that defendant to respond to the amended complaint, attaching a copy of an order of a Court of Queen's Bench of Alberta in Bankruptcy and Insolvency, lifting the stay with respect to this litigation. [Doc. 65].  It is now

  ORDERED that defendant K3B Partners, ULC, will respond to the amended complaint on or before February 24, 2015.

DATED: February 10th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge