IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,

    Plaintiff,

v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,
RICHARD K. BRUGGER,
K. TODD HICKS,
VIERO GROUP, INC.,

    Defendants.

_____

ORDER GRANTING EXTENSION OF TIME TO RESPOND TO AMENDED
COMPLAINT
_____

    Upon review of the Motion for Establishing March 10, 2015, as the Due Date for Defendants K3B Partners, ULC and Viero Group, Inc., to File Responses to Plaintiff's Amended Complaint [#77], it is

    ORDERED that the motion is granted.

    DATED:   February 27th, 2015

                                  BY THE COURT:

                                  s/Richard P. Matsch

                                  _____
                                  Richard P. Matsch, Senior Judge