IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,

      Plaintiff,

v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,
RICHARD K. BRUGGER,
K. TODD HICKS,
VIERO GROUP, INC.,

      Defendants.

_____

ORDER RESTRICTING EXHIBITS
_____

Upon review of plaintiff's unopposed motion for leave to restrict access, at Level 1, to certain exhibits submitted in connection with its opposition to defendants' motion to dismiss [Exh. 93], it is

ORDERED that the motion is granted as to

    Exhibit H (Dkt. #91-9; Viero Energy bank records from JP Morgan Chase Bank);

    Exhibit I (Dkt. #91-10; SBG Transport, LLC bank records from Bank of America);

    Exhibit T (Dkt. #91-21; K3B Partners bank records from Bank of Nova Scotia);

    CO Ex. 5B (Dkt. #91-28; 9/4/12 Chase Business Signature Card for Viero

        Energy LLC);

    CO Ex. 5C (Dkt. #91-29; 8/30/13 Chase Checking Withdrawal receipt);

        and,

    CO Ex 5D (Dkt. #91-30; 10/3/13 Chase Withdrawal receipt).

DATED:   May 19th, 2015

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge