IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-01237-RPM

UET RR, LLC,

     Plaintiff,

v.

BENJAMIN D. COMIS,
TALANDA SYKES,
K3B PARTNERS, ULC,
BARRY W. COMIS,
FALCON CREEK ASSET MANAGEMENT, INC.,
RKB INVESTMENTS, LTD,
RICHARD K. BRUGGER,
K. TODD HICKS,
VIERO GROUP, INC.,

     Defendants.

_____

## ORDER HOLDING MOTION IN ABEYANCE
_____

     The plaintiff's motion for leave to file amended complaint to add demand for punitive damages [Doc. 102] is at this time premature. The motion will be considered at the scheduling conference when it is convened under Rule 16.

     SO ORDERED.

     DATED: October 16th, 2015

                                   BY THE COURT:

                                   s/Richard P. Matsch

                                   _____
                                   Richard P. Matsch, Senior Judge