**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                December 9, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

| | |
|---|---|
| Civil Action No. 14-cv-01237-RPM | Counsel: |
| UET RR, LLC, | Bruce Featherstone |
| | Elizabeth Bryans |
| Plaintiff, | |
| v. | |
| BENJAMIN D. COMIS, | John Reha |
| TALANDA SYKES, | |
| K3B PARTNERS, ULC, | |
| BARRY W. COMIS, | |
| FALCON CREEK ASSET MANAGEMENT, INC., | |
| RKB INVESTMENTS, LTD., | |
| RICHARD K. BRUGGER, | |
| K. TODD HICKS, and | |
| VIERO GROUP, INC., | |
| Defendants. | |

---

**COURTROOM MINUTES**

---

**MOTION HEARING**

**9:50 a.m.      Court in session.**

Motion of Defendants Benjamin D. Comis, K3B Partners ULC, Barry W. Comis, Falcon Creek Asset Management Inc., RKB Investments, Ltd., Richard K. Brugger, K. Todd Hicks and Viero Group, Inc. to Strike Counts VII and IX of Second Amended Complaint and Allegations Underlying Same (Doc. No. 108).

9:53 a.m.      Mr. Featherstone answers questions of the Court regarding the declaratory
               judgment claim.

9:57 a.m.        Mr. Reha answers questions of the Court regarding the COCCA claim.

Motion of Defendants Benjamin D. Comis, K3B Partners ULC, Barry W. Comis, Falcon Creek Asset Management Inc., RKB Investments, Ltd., Richard K. Brugger, K. Todd Hicks and Viero Group, Inc. to Strike Counts VII and IX of Second Amended Complaint and Allegations Underlying Same (Doc. No. 108) is **CONVERTED** to a Motion to Dismiss under Fed. R. Civ. P. 12(b)(6).

**ORDERED:**   Court dismisses the declaratory judgment claim (Count IX).

**ORDERED:**   Stipulation that the allegations of Count VII are denied by defendants. No answer need be filed. Procedural Order Number One to enter.

**10:00 a.m.**     **Court in recess.**

Hearing concluded. Total time:   10 minutes.